■ AMERICAN EXPRESS CENTURION, Respondent, v HUBERT POTOTSCHNIG, Appellant. [49 NYS3d 896]—Order, Supreme Court, New York County (Kathryn E. Freed, J.), entered October 15, 2015, which denied defendant's motion to vacate a default judgment, unanimously reversed, on the law and the facts, the motion granted, the judgment vacated, and the complaint dismissed without prejudice.

In view of plaintiff's counsel's advice to this Court that plaintiff is not opposing this appeal, we reverse and grant defendant the requested relief. Concur—Friedman, J.P., Richter, Mazzarelli, Feinman and Gische, JJ.